[No. 30061-0-I.   Division One.   July 19, 1993.]

MARSILIO DIGIOVANNI, ET AL, *Appellants*, v. DERRILL
BASTIAN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-2-03160-6, Ann Schindler, J., entered February 5, 1992. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Pekelis, A.C.J., and Coleman, J.

[No. 30534-4-I.   Division One.   July 19, 1993.]

*In the Matter of the Marriage of* S.D.C., *Respondent,
and* E.S.C., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-3-09178-7, Carol A. Schapira, J., entered March 20, 1992. *Reversed* by unpublished opinion per Forrest, J., concurred in by Grosse and Baker, JJ.

[No. 28902-1-I.   Division One.   July 19, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. VESTER
MARSHALL, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-01490-2, Frank L. Sullivan, J., entered July 29, 1991. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Grosse and Agid, JJ.